O

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2012 MAR 20  PM 1: 00

DEPUTY CLERK _____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. **3-12CR-084-0** |
| | § | |
| AARON WALLACE (1) | § | |

## INDICTMENT

The Grand Jury Charges:

### Count One
### Felon in Possession of a Firearm
### (Violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

On or about December 7, 2011, in the Dallas Division of the Northern District of

Texas, the defendant, **Aaron Wallace**, having been convicted of a crime punishable by

imprisonment for a term exceeding one year, did knowingly and unlawfully possess in

and affecting interstate and foreign commerce a firearm, to wit: a Bersa, Model Thunder

380, .380 caliber pistol, bearing serial number 943148.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

Indictment - Page 1

Forfeiture Notice
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction for the offense alleged in Count One of this Indictment, and

pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the defendant, **Aaron Wallace**,

shall forfeit to the United States of America any firearm and ammunition involved in the

commission of the respective offense, including but not limited to the following:

    (1)     a Bersa, Model Thunder 380, .380 caliber pistol, bearing serial number
            943148, and any ammunition recovered with the weapon.

A TRUE BILL

_Sean Adam_
FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

_J. J. Boyle_
JOHN J. BOYLE
Assistant United States Attorney
Texas Bar No. 00790002
1100 Commerce Street, Third Floor
Dallas, Texas  75242-1699
Tel:  214.659.8617
Fax: 214.767.0978

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

**3-12CR-084-0**

**AARON WALLACE**

INDICTMENT

18 U.S.C. §§ 922(g)(1) and 924(a)(2)
Felon in Possession of Firearm

18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)
Forfeiture Notice

1 Count

A true bill rendered

DALLAS                                         FOREPERSON

Filed in open court this 20th day of March, A.D., 2012.

                                                            Clerk

**WARRANT TO ISSUE - DEFENDANT AARON WALLACE IN STATE CUSTODY
SINCE DECEMBER 7, 2011**

UNITED STATES DISTRICT/MAGISTRATE JUDGE
No Magistrate Complaint pending:

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

| Related Case Information |
| --- |

Superseding Indictment: ☐ Yes ☒ No    New Defendant: ☒ Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☒ No  If Yes, number: _____

Search Warrant Case Number _____

R 20 from District of _____

Magistrate Case Number: **3-12CR-084-0**

1.  **Defendant Information**

    Juvenile: ☐ Yes ☒ No

    If Yes, Matter to be sealed:

    ☐ Yes   ☐ No

    Defendant Name          **AARON WALLACE**

    Alias Name _____

    Address _____

    RECEIVED

    MAR 20 2012

    CLERK, U.S. DISTRICT COURT
    NORTHERN DISTRICT OF TEXAS

    County in which offense was committed:        Dallas, Texas

2.  **U.S. Attorney Information**

    **AUSA JOHN J. BOYLE**                    **Texas Bar No. 00790002**

3.  **Interpreter**

    ☐ Yes   ☒ No    If Yes, list language and/or dialect: _____

4.  **Location Status WARRANT TO ISSUE - IN STATE CUSTODY SINCE DECEMBER 7, 2011**

    Arrest Date -

    ☐ Already in Federal Custody
    ☒ Already in State Custody - **DECEMBER 7, 2011**
    ☐ On Pretrial Release

5.  **U.S.C. Citations**

    Total # of Counts as to This Defendant:    **1**    ☐ Petty   ☐ Misdemeanor   ☒ Felony

    | Citation | Description of Offense Charged | Count(s) |
    | --- | --- | --- |
    | 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | Felon in Possession of Firearm | 1 |
    | 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) | Forfeiture Notice | |

Date March 8, 2012        Signature of AUSA: _____

                                           JOHN J. BOYLE