IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 3:12-CR-084-O |
| | § | **ECF** |
| AARON WALLACE (1) | § | |

## <u>MOTION FOR DETENTION</u>

The United States moves for pretrial detention of defendant, Marvette Berry, pursuant to 18 U.S.C. §3142(e) and (f).

1. <u>Eligibility of Case.</u>   This case is eligible for a detention order because the case involves (check all that apply):

_____ Crime of violence (18 U.S.C. §3156)

_____ Maximum sentence life imprisonment or death

_____  10 + year drug offense

_____ Felony, with two prior convictions in above categories

_____ Serious risk defendant will flee

_____ Serious risk obstruction of justice

_____ Felony involving a minor victim

  X   Felony involving a firearm, destructive device, or any other

dangerous weapon

**Motion for Detention - Page 1**

_____ Felony involving a failure to register (18 U.S.C. § 2250)

2. <u>Reason for Detention.</u>  The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

  X   Defendant's appearance as required

  X   Safety of any other person and the community

3. <u>Rebuttable Presumption.</u>  The United States will invoke the rebuttable presumption against defendant because (check one or both):

_____ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C.§924(c)

_____ Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. §2332b(g)(5)

_____ Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§1201, 2251

_____ Previous conviction for "eligible" offense committed while on pretrial bond

4. <u>Time For Detention Hearing.</u>  The United States requests the Court conduct the detention hearing,

_____ At first appearance

 X  After continuance of **3** days (not more than 3).

**Motion for Detention - Page 2**

DATED this 23rd day of March, 2012.

Respectfully submitted,

SARAH R. SALDAÑA
UNITED STATES ATTORNEY


*s/ John J. Boyle*
JOHN J. BOYLE
Assistant United States Attorney
Texas State Bar No. 00790002
1100 Commerce Street, Third Floor
Dallas, Texas  75242-1699
Tel:  214.659.8600
Fax: 214.767.0978
E-Mail: John.Boyle2@usdoj.gov


CERTIFICATE OF SERVICE

I hereby certify that on **March 23, 2012**, I electronically filed the foregoing document with the Clerk of Court for the United States District Court, Northern District of Texas, using the electronic case filing system of the Court.  I do not know the attorney who will represent the defendant; however, I hereby certify that I will hand-deliver a copy of the foregoing document to the attorney or the defendant at the first available opportunity to do so.


*s/ John J. Boyle*
JOHN J. BOYLE
Assistant United States Attorney

**Motion for Detention - Page 3**